United States District Court
Southern District of Texas
**ENTERED**
October 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-20-385 |
| | § | |
| RIGOBERTO LARA, *et al.* | § | |

**O R D E R**

Defendant James Jimerson filed a motion for a continuance, (Docket Entry No. 183). The government and co defendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 26, 2024 |
| Responses are to be filed by: | March 11, 2024 |
| Pretrial conference is reset to**:** | **March 18, 2024 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 25, 2024 at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days prior to the final pretrial conference.

SIGNED on October 16, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge